Deceased, Respondent, v. JOHN F. SCHMADEKE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ROSEVALE REALTY COMPANY, INC., Appellant, v. JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Respondents.— Order denying motion to punish respondents for contempt affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FREDERICK A. SIMPSON, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

FRANCES VAN VLIET, Respondent, v. WALTER R. ALLISON, Appellant.— Order of the County Court of Kings county granting summary judgment, and the judgment entered thereon, reversed upon the law and the facts, with costs, and the motion for summary judgment denied, with ten dollars costs, upon the ground that the defendant's proof shows that he has an apparent defense to the action. Rich, Manning, Kelby, Young and Kapper, JJ., concur.

ANDREW WAGNER, as Administrator, etc., of PAUL WAGNER, Deceased, Respondent, v. HAGERTY MOTOR TRUCKING COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $10,000, with interest accordingly, in which case the judgment as so modified, and the order, are unanimously affirmed, without costs. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

*Decision by the Presiding Justice on Application to Appeal from the Appellate Term.*

BENJAMIN SEL, Respondent, v. ORAZIO FICHERA, Appellant.— Application denied, with ten dollars costs.

---

## FIRST DEPARTMENT, MAY, 1923.

CHARLES M. CAMPBELL, Respondent, *v.* MOODY B. GATES, Appellant.

*Pleadings — complaint held sufficient.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on October 17, 1922, denying the defendant's motion to dismiss the complaint.

PER CURIAM: Affirmed upon the authority of *Lamb v. Cheney & Son* (227 N. Y. 418). The appellant seeks to distinguish that case upon the ground that it involves a contract of employment, which, under the old count of harboring or enticing a servant, has, for many years, been actionable. (*Lumley v. Gye*, 2 E. & B. 216.) Nevertheless, the language of the Court of Appeals in said case is sufficient to require this court to follow the same in the case at bar. The order should, therefore, be affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Smith, Page, Merrell and Finch, JJ.; Page, J., dissenting. Order affirmed, with ten dollars costs and disbursements.